Jerad BRUNSKILL, Appellant,

v.

The KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellee.

No. 08–1541.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2009.

Filed: Aug. 12, 2009.

---

Kenneth Barnes, Christopher B. Farrar, Barnes Law Firm, Kansas City, KS, for Appellant.

Brent N. Coverdale, Charlie J. Harris, Jr., Julia D. Kitsmiller, Seyferth & Blumenthal, Kansas City, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jerad Brunskill appeals the District Court's[1] adverse grant of summary judgment in his employment-discrimination suit. After de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).